**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* ______ Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name** — **NNN 400 Capitol Center 7, LLC**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN) — **00-0000000**

**4. Debtor's address**

**Principal place of business**

**2711 Centerville Road**
**Suite 400**
**Wilmington, DE 19808**
Number, Street, City, State & ZIP Code

**New Castle**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

**400 W. Capitol Avenue Little Rock, AR 72201**
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify:

Debtor **NNN 400 Capitol Center 7, LLC** Case number (*if known*) ______
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**5313**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ☐ No
- ☑ Yes.

Debtor **SEE ATTACHMENT** Relationship ______
District ______ When ______ Case number, if known ______

Debtor **NNN 400 Capitol Center 7, LLC** Case number (*if known*)
Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

- [x] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [x] No
- [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

- [ ] No
- [ ] Yes. Insurance agency
  Contact name
  Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

- [x] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| [ ] 1-49 | [ ] 1,000-5,000 | [ ] 25,001-50,000 |
| [x] 50-99 | [ ] 5001-10,000 | [ ] 50,001-100,000 |
| [ ] 100-199 | [ ] 10,001-25,000 | [ ] More than100,000 |
| [ ] 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| [ ] $0 - $50,000 | [ ] $1,000,001 - $10 million | [ ] $500,000,001 - $1 billion |
| [ ] $50,001 - $100,000 | [x] $10,000,001 - $50 million | [ ] $1,000,000,001 - $10 billion |
| [ ] $100,001 - $500,000 | [ ] $50,000,001 - $100 million | [ ] $10,000,000,001 - $50 billion |
| [ ] $500,001 - $1 million | [ ] $100,000,001 - $500 million | [ ] More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| [ ] $0 - $50,000 | [ ] $1,000,001 - $10 million | [ ] $500,000,001 - $1 billion |
| [ ] $50,001 - $100,000 | [x] $10,000,001 - $50 million | [ ] $1,000,000,001 - $10 billion |
| [ ] $100,001 - $500,000 | [ ] $50,000,001 - $100 million | [ ] $10,000,000,001 - $50 billion |
| [ ] $500,001 - $1 million | [ ] $100,000,001 - $500 million | [ ] More than $50 billion |

Debtor **NNN 400 Capitol Center 7, LLC**
Name

Case number (*if known*)

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/05/2017**
MM / DD / YYYY

*X* **/s/ Ruth Copit**
Signature of authorized representative of debtor

**Ruth Copit**
Printed name

Title **Member**

**18. Signature of attorney**

*X* **/s/ Thomas J. Francella, Jr.**
Signature of attorney for debtor

Date **06/05/2017**
MM / DD / YYYY

**Thomas J. Francella, Jr.**
Printed name

**Whiteford, Taylor & Preston, LLC**
Firm name

**The Renaissance Center, Suite 500**
**405 North King Street**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone **302-357-3252** Email address **tfrancella@wtplaw.com**

**3835**
Bar number and State

Debtor **NNN 400 Capitol Center 7, LLC** Case number (*if known*)
Name

Pending Bankruptcy Cases Attachment

| | |
|---|---|
| Debtor: NNN 400 CAPITOL CENTER, LLC | Relationship: BUSINESS PARTNER<br>Case No.: FILED CONCURRENTLY IN DELAWARE |
| Debtor: NNN 400 CAPITOL CENTER 1, LLC | Relationship: BUSINESS PARTNER<br>Case No.: FILED CONCURRENTLY IN DELAWARE |
| Debtor: NNN 400 CAPITOL CENTER 7, LLC | Relationship: BUSINESS PARTNER<br>Case No.: FILED CONCURRENTLY IN DELAWARE |
| Debtor: NNN 400 CAPITOL CENTER 8, LLC | Relationship: BUSINESS PARTNER<br>Case No.: FILED CONCURRENTLY IN DELAWARE |
| Debtor: NNN 400 CAPITOL CENTER 25, LLC | Relationship: BUSINESS PARTNER<br>Case No.: FILED CONCURRENTLY IN DELAWARE |
| Debtor: NNN 400 CAPITOL CENTER 30, LLC | Relationship: BUSINESS PARTNER<br>Case No.: FILED CONCURRENTLY IN DELAWARE |
| Debtor: NNN 400 CAPITOL CENTER 35, LLC | Relationship: BUSINESS PARTNER<br>Case No.: FILED CONCURRENTLY IN DELAWARE |
| Debtor: NNN 400 CAPITOL CENTER 36, LLC | Relationship: BUSINESS PARTNER<br>Case No.: FILED CONCURRENTLY IN DELAWARE |
| Debtor: NNN 400 CAPITOL CENTER 2, LLC | Relationship: BUSINESS PARTNER<br>Case No.: 16-12741-KG FILED 12/09/16 IN DELAWARE |
| Debtor: NNN 400 CAPITOL CENTER 3, LLC | Relationship: BUSINESS PARTNER<br>Case No.: 16-12750-KG FILED 12/09/16 IN DELAWARE |
| Debtor: NNN 400 CAPITOL CENTER 4, LLC | Relationship: BUSINESS PARTNER<br>Case No.: 16-12752-KG FILED 12/09/16 IN DELAWARE |
| Debtor: NNN 400 CAPITOL CENTER 5, LLC | Relationship: BUSINESS PARTNER<br>Case No.: 16-12753-KG FILED 12/09/16 IN DELAWARE |
| Debtor: NNN 400 CAPITOL CENTER 6, LLC | Relationship: BUSINESS PARTNER<br>Case No.: 16-12754-KG FILED 12/09/16 IN DELAWARE |
| Debtor: NNN 400 CAPITOL CENTER 9, LLC | Relationship: BUSINESS PARTNER<br>Case No.: 16-12755-KG FILED 12/09/16 IN DELAWARE |
| Debtor: NNN 400 CAPITOL CENTER 10, LLC | Relationship: BUSINESS PARTNER<br>Case No.: 16-12730-KG FILED 12/09/16 IN DELAWARE |
| Debtor: NNN 400 CAPITOL CENTER 11, LLC | Relationship: BUSINESS PARTNER<br>Case No.: 16-12731-KG FILED 12/09/16 IN DELAWARE |
| Debtor: NNN 400 CAPITOL CENTER 12, LLC | Relationship: BUSINESS PARTNER<br>Case No.: 16-12732-KG FILED 12/09/16 IN DELAWARE |
| Debtor: NNN 400 CAPITOL CENTER 13, LLC | Relationship: BUSINESS PARTNER<br>Case No.: 16-12733-KG FILED 12/09/16 IN DELAWARE |
| Debtor: NNN 400 CAPITOL CENTER 14, LLC | Relationship: BUSINESS PARTNER<br>Case No.: 16-12735-KG FILED 12/09/16 IN DELAWARE |
| Debtor: NNN 400 CAPITOL CENTER 15, LLC | Relationship: BUSINESS PARTNER<br>Case No.: 16-12736-KG FILED 12/09/16 IN DELAWARE |
| Debtor: NNN 400 CAPITOL CENTER 16, LLC | Relationship: BUSINESS PARTNER<br>Case No.: 16-12728-KG FILED 12/09/16 IN DELAWARE |
| Debtor: NNN 400 CAPITOL CENTER 17, LLC | Relationship: BUSINESS PARTNER<br>Case No.: 16-12737-KG FILED 12/09/16 IN DELAWARE |
| Debtor: NNN 400 CAPITOL CENTER 18, LLC | Relationship: BUSINESS PARTNER<br>Case No.: 16-12738-KG FILED 12/09/16 IN DELAWARE |
| Debtor: NNN 400 CAPITOL CENTER 19, LLC | Relationship: BUSINESS PARTNER<br>Case No.: 16-12739-KG FILED 12/09/16 IN DELAWARE |
| Debtor: NNN 400 CAPITOL CENTER 20, LLC | Relationship: BUSINESS PARTNER<br>Case No.: 16-12742-KG FILED 12/09/16 IN DELAWARE |
| Debtor: NNN 400 CAPITOL CENTER 21, LLC | Relationship: BUSINESS PARTNER<br>Case No.: 16-12743-KG FILED 12/09/16 IN DELAWARE |
| Debtor: NNN 400 CAPITOL CENTER 22, LLC | Relationship: BUSINESS PARTNER<br>Case No.: 16-12744-KG FILED 12/09/16 IN DELAWARE |
| Debtor: NNN 400 CAPITOL CENTER 24, LLC | Relationship: BUSINESS PARTNER<br>Case No.: 16-12746-KG FILED 12/09/16 IN DELAWARE |
| Debtor: NNN 400 CAPITOL CENTER 26, LLC | Relationship: BUSINESS PARTNER<br>Case No.: 16-12747-KG FILED 12/09/16 IN DELAWARE |
| Debtor: NNN 400 CAPITOL CENTER 27, LLC | Relationship: BUSINESS PARTNER<br>Case No.: 16-12748-KG FILED 12/09/16 IN DELAWARE |

Debtor **NNN 400 Capitol Center 7, LLC** Case number (*if known*)
Name

| | |
|---|---|
| Debtor: NNN 400 CAPITOL CENTER 28, LLC | Relationship: BUSINESS PARTNER<br>Case No.: 16-12749-KG FILED 12/09/16 IN DELAWARE |
| Debtor: NNN 400 CAPITOL CENTER 32, LLC | Relationship: BUSINESS PARTNER<br>Case No.: 16-12751-KG FILED 12/09/16 IN DELAWARE |

**RESOLUTION OF ACTION OF MEMBERS OF
NNN 400 CAPITOL CENTER 7, LLC**

Pursuant to the Limited Liability Company Agreement of NNN 400 Capitol Center 7, LLC, a limited liability company formed under the laws of the State of Delaware (the "Company"), the undersigned Member is entitled to make all decisions and take all actions for the Company and has the authority to bind the Company. The undersigned Member, with the consent of the Independent Manager of the Company, hereby takes the following actions and adopts the following resolutions by signing the written consent hereto:

**WHEREAS**, the members of the Company (the "Members") have reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company and credit market conditions; and

**WHEREAS**, the Members have had the opportunity to consult with management and the financial and legal advisors to the Company and fully consider each of the strategic alternatives available to the Company.

**NOW, THEREFORE, BE IT RESOLVED**, that, in the judgment of the Members, it is desirable and in the best interests of the Company, its creditors, interest holders and other interested parties, that a voluntary petition (the "Petition") be filed by the Company under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and it is

**FURTHER RESOLVED**, that Ruth Copit (the "Authorized Officer") be, and hereby is authorized, directed and empowered, on behalf of and in the name of the Company: (i) to execute and file the Petition, as well as all other ancillary documents, in the United States Bankruptcy Court for the District of Delaware, and (ii) to execute and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents necessary or desirable in connection with the foregoing; and it is

**FURTHER RESOLVED**, that the Authorized Officer is hereby authorized and directed to employ the law firm of Whiteford, Taylor & Preston L.L.C. ("WTP") as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officer is hereby authorized and directed to execute an appropriate retention agreement and pay appropriate retainer(s) prior to the filing of the Petition and cause to be filed an appropriate application for authority to retain the services of WTP; and it is

**FURTHER RESOLVED**, that the Authorized Officer is hereby authorized and directed to employ the law firm of Rubin and Rubin, P.A. ("Rubin and Rubin") as special corporate and litigation counsel to represent and assist the Company in carrying out its

duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officer is hereby authorized and directed to execute an appropriate retention agreement and pay appropriate retainer(s) prior to the filing of the Petition and cause to be filed an appropriate application for authority to retain the services of Rubin and Rubin; and it is

**FURTHER RESOLVED**, that the Authorized Officer is hereby authorized and directed to employ any other professionals or consultants to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under Title 11 of the Bankruptcy Code (collectively with WTP, the "Professionals") and in this Chapter 11 bankruptcy case, and in connection therewith, the Authorized Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, if required, prior to and immediately upon the filing of the Petition, and to cause to be filed an appropriate application for authority to retain the services of such firms; and it is

**FURTHER RESOLVED**, that the Authorized Officer shall be, and hereby is, authorized, empowered and directed to take or cause to be taken any and all such further actions and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur all such fees and expenses, in all cases consistent with the purpose and intent of the foregoing resolutions, as in his judgment, after seeking advice of counsel, shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is

**FURTHER RESOLVED**, that all acts, actions and transactions that are consistent with the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before those resolutions were certified, including without limitation all acts lawfully done or actions lawfully taken by the Authorized Officer of the Company or any of the Professionals to seek relief on behalf of the Company under Chapter 11 of the Bankruptcy Code be and are hereby adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and

**IN WITNESS WHEREOF**, these resolutions are adopted as of the latest date written below.

This consent may be executed and delivered in multiple counterparts, which, when taken together, will constitute one instrument.

[signatures on next page]

Dated: June 1, 2017

Ruth Copit
Name: Ruth Copit
Member, NNN 400 Capitol Center 7, LLC

Dated: June __, 2017

Name:
Independent Manager, NNN 400 Capitol Center 7, LLC

*2221427*

Dated: June 1, 2017

Name: Ruth Copit
Member, NNN 400 Capitol Center 7, LLC

Dated: June __, 2017

Name:
Independent Manager, NNN 400 Capitol Center 7, LLC

*2221427*

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | NNN 400 Capitol Center 7, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Moses Tucker Real Estate, Inc.<br>200 River Market Avenue<br>Suite 501<br>Little Rock, AR 77201 | | | | | | $145,000.00 |
| Colliers International Valuation & Advisory Services, LLC<br>1 Allied Dr., Suite 1500<br>Little Rock, AR 77202 | | | | | | $145,000.00 |
| Entergy<br>P.O. Box 8101<br>Baton Rouge, LA 70891 | | | | | | $60,286.27 |
| JK Janitorial Services<br>1515 Southeast 4th Street<br>Oklahoma City, OK 73129 | | | | | | $54,447.56 |
| First Guardian Group, Inc.<br>777 North First St., Suite 720<br>San Jose, CA 95115 | | | Disputed | | | $24,524.20 |
| Whelan Security Co. Inc.<br>PO Box 843886<br>Kansas City, MO 64184 | | | | | | $19,575.42 |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **NNN 400 Capitol Center 7, LLC**
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **OTIS Elevator Company<br>P.O. BOX 730400<br>Dallas, TX 75373** | | | | | | **$14,640.54** |
| **Dental & Medical Counsel<br>111 Deerwood Rd., Suite 340<br>San Ramon, CA 94583** | | | | | | **$7,500.00** |
| **Qauttlebaum Grooms Tull & Burrow<br>111 Center Street<br>Little Rock, AR 72201** | | | | | | **$3,012.50** |
| **Arkansas Filter Inc.<br>130 Brookswood Road<br>Little Rock, AR 72120** | | | | | | **$997.44** |
| **All Electric Supply Inc.<br>1301 Westpark Drive<br>Little Rock, AR 72204** | | | | | | **$852.29** |
| **AT&T Services, Inc.<br>Attn: Karen Cavagnaro<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921** | | | | | | **$771.16** |
| **Arkansas Pro Wash, Inc.<br>11407 Baseline Road<br>Little Rock, AR 72209** | | | | | | **$659.45** |
| **R&S Landscaping<br>2711 Crooked Stick Lane<br>Benton, AR 72019** | | | | | | **$565.00** |
| **Staples Advantage<br>PO Box 83689<br>Chicago, IL 60696** | | | | | | **$508.55** |
| **Plantation Services Inc.<br>P.O. Box 241006<br>Little Rock, AR 72223** | | | | | | **$493.50** |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **NNN 400 Capitol Center 7, LLC**
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Cintas Corp.<br>102 Champs Boulevard<br>Maumelle, AR 72113** | | | | | | **$427.55** |
| **Affordable Rooter Service, LLC<br>2803 Arbors Circle<br>Bryant, AR 72022** | | | | | | **$350.00** |
| **Powers Mechanical Service Co.<br>P.O. Box 8106<br>Little Rock, AR 72203** | | | | | | **$346.62** |
| **Terminix Processing Center<br>PO Box 74592<br>Cincinnati, OH 45274** | | | | | | **$313.92** |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## District of Delaware

In re **NNN 400 Capitol Center 7, LLC** Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ruth Copit**<br>**101 Cheswold Lane**<br>**Haverford, PA 19041** | | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **June 5, 2017**

Signature **/s/ Ruth Copit**
**Ruth Copit**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## District of Delaware

In re **NNN 400 Capitol Center 7, LLC** Case No. ______

Debtor(s) Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **June 5, 2017** **/s/ Ruth Copit**

**Ruth Copit**/**Member**

Signer/Title

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

NNN 400 Capitol Center 7, LLC
2711 Centerville Road
Suite 400
Wilmington, DE 19808

Thomas J. Francella, Jr.
Whiteford, Taylor & Preston, LLC
The Renaissance Center, Suite 500
405 North King Street
Wilmington, DE 19801

Affordable Rooter Service, LLC
2803 Arbors Circle
Bryant, AR 72022

All Electric Supply Inc.
1301 Westpark Drive
Little Rock, AR 72204

Angela M. Pope
45635 Big Canyon Street
Indio, CA 92201

Arkansas Filter Inc.
130 Brookswood Road
Little Rock, AR 72120

Arkansas Pro Wash, Inc.
11407 Baseline Road
Little Rock, AR 72209

Arkansas Softwater
PO Box 131
North Little Rock, AR 72115

Arthur Cooley
3843 Devonshire Drive
Salisbury, MD 21804

AT&T Services, Inc.
Attn: Karen Cavagnaro
One AT&T Way, Room 3A104
Bedminster, NJ 07921

Barbara Hughes
1350 West Horizon Ridge Parkway
Henderson, NV 89012

Besser Hardware
1015 Main Street
Little Rock, AR 72202

Bill's Lock and Safe
1001 Pike Avenue
North Little Rock, AR 72114

Bradford Bodley
2025 Fairview Ave., Unit C
Seattle, WA 98101

Carl Kisner
72300 Rancho Road
Rancho Mirage, CA 92270

Carol Gedeon
1877 Derby Way
Upland, CA 91784

Charles D. Laird
15951 Calle Rosas Way
Redding, CA 96001

Cintas Corp.
102 Champs Boulevard
Maumelle, AR 72113

Colliers International Valuation
& Advisory Services, LLC
1 Allied Dr., Suite 1500
Little Rock, AR 77202

Comcast
P.O Box 530098
Atlanta, GA 30353

David Taheri
14874 Kernite Court
Nevada City, CA 95959

Dental & Medical Counsel
111 Deerwood Rd., Suite 340
San Ramon, CA 94583

Douglas and Katherine Bade
340 Fifth Avenue North
South St. Paul, MN 55075

Douglas Meyer
5318 Lake Bosworth Lane
Snohomish, WA 98290

Edward and Rose Van Keulen
13750 Highway 5
Young America, MN 55397

Entergy
P.O. Box 8101
Baton Rouge, LA 70891

First Guardian Group, Inc.
777 North First St., Suite 720
San Jose, CA 95115

Grace Vincenti
119 Via Lido Soud
Newport Beach, CA 92663

Harrison Energy Partners
1501 West Park Dr., Suite 9
Little Rock, AR 72204

Heidi Duncan
2324 Shorewood Drive
Carmichael, CA 95608

Hendrick Associates Inc
1201 Peachtree Street NE
400 Colony Square, #1900
Atlanta, GA 30361

Jack Brown
5811 NW 81
Wellsburg, NY 14894

JK Janitorial Services
1515 Southeast 4th Street
Oklahoma City, OK 73129

Joan Groff
2820 Stromboli Road
Costa Mesa, CA 92626

John and Gloria Cummings
3111 NE 22nd Street
Ft. Lauderdale, FL 33305

Linda Markley
5150 Shoshone Avenue
Encino, CA 91316

Lorraine Bier
8101 Asmara Drive
Austin, TX 78750

Marilyn A. Snapp
10100 Neahkahnie Creek Rd.
Manzanita, OR 97130

Michael DeLand
30 Rushingwind
Irvine, CA 92614

Michael Eidel
4724 Essex Drive
Doylestown, PA 18902

Midtown Mechanical Services, LLC
3019 River Ridge Road
Benton, AR 72019

Moses Tucker Real Estate, Inc.
200 River Market Avenue
Suite 501
Little Rock, AR 77201

NNN 400 Capitol Center 1, LLC
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 10 LLC
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 11 LLC
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 12 LLC
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 13 LLC
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 14 LLC
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 15 LLC
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 16 LLC
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 17 LLC
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 18 LLC
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 19 LLC
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 2, LLC
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 20, LLC
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 21 LLC
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 22 LLC
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 24 LLC
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 25, LLC
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 26 LLC
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 27 LLC
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 28 LLC
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 3 LLC
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 30, LLC
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 32 LLC
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 35, LLC
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 36, LLC
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 4 LLC
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 5 LLC
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 6 LLC
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 8, LLC
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center 9 LLC
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

NNN 400 Capitol Center, LLC
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

OTIS Elevator Company
P.O. BOX 730400
Dallas, TX 75373

Pitney Bowes Global Financial Svcs.
2222 Cottondale Lane, #110
Little Rock, AR 72202

Pitney Bowes Purchase Power
P.O. Box 371874+B34
Pittsburgh, PA 15250

Plantation Services Inc.
P.O. Box 241006
Little Rock, AR 72223

Powers Mechanical Service Co.
P.O. Box 8106
Little Rock, AR 72203

Qauttlebaum Grooms Tull & Burrow
111 Center Street
Little Rock, AR 72201

R&S Landscaping
2711 Crooked Stick Lane
Benton, AR 72019

Randall Lynch
1705 Ocean Avenue, Unit 309
Santa Monica, CA 90401

Rod Fagundes
2130 Laguna Road
Santa Rosa, CA 95401

Shred It US JV LLC
7705 Northshore Place
North Little Rock, AR 72118

Snyder Environmental
7031 Dewafflebakers Lane
North Little Rock, AR 72113

Stanley Abrhamson
9041 NW 10th
Plantation, FL 33322

Staples Advantage
PO Box 83689
Chicago, IL 60696

Suzanne Hill
150 S. Bowie Street
Jasper, TX 75951

Terminix Processing Center
PO Box 74592
Cincinnati, OH 45274

Triple-S Alarm Company Inc.
2820 Cantrell Road
Little Rock, AR 72202

Vazgen K. Babaian
1313 Valley View Road, Apt. 14
Glendale, CA 91202

Vito and Josephine Coraci
6104 Coopper Rose Street NE
Albuquerque, NM 87111

Waste Management
PO Box 43410
Phoenix, AZ 85080

Water Treatment Servies
PO Box 910
Alexander, AR 72002

Wells Fargo Bank N.A. as Trustee
c/o Duane Morris LLP
Attn: Richard W. Riley, Esq.
222 Delaware Ave, Ste. 1600
Wilmington, DE 19801

Wes Litzinger
495 Locust Street
Laguna Beach, CA 92651

Whelan Security Co. Inc.
PO Box 843886
Kansas City, MO 64184

# United States Bankruptcy Court
## District of Delaware

In re **NNN 400 Capitol Center 7, LLC** Case No. ____
Debtor(s) Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **NNN 400 Capitol Center 7, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 5, 2017**
Date

**/s/ Thomas J. Francella, Jr.**
**Thomas J. Francella, Jr. 3835**
Signature of Attorney or Litigant
Counsel for **NNN 400 Capitol Center 7, LLC**

**Whiteford, Taylor & Preston, LLC**
**The Renaissance Center, Suite 500**
**405 North King Street**
**Wilmington, DE 19801**
**302-357-3252 Fax:302-357-3272**
**tfrancella@wtplaw.com**